RECEIVED
AUG 28 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOEL R. WHITMORE, Plaintiff | CIVIL ACTION 1:18-CV-01471 |
| VERSUS | JUDGE DRELL |
| STATE OF LOUISIANA, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss (Doc. 8) is GRANTED. Whitmore's complaint is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana on this 27T day of AUGUST 2019.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE